United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| In Re:<br>Marvin Clifton Taylor<br>    Debtor | BCN#: 15-32446-KRH<br>Chapter: 13 |

U.S. Bank National Association, as Trustee
for Credit Suisse First Boston Mortgage
Securities Corp., Home Equity Asset Trust
2005-5, Home Equity Pass-Through
Certificates, Series 2005-5
or present noteholder,
    Movant/Secured Creditor,
v.
Marvin Clifton Taylor
    Debtor
Michelle Taylor
    Codebtor
and
Carl M. Bates
    Trustee
    Respondents

### Order Granting Relief From Stay

Upon consideration of the motion of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-5, Home Equity Pass-Through Certificates, Series 2005-5 to modify the automatic stay; it is

Ordered that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 5701 BARNWOOD DRIVE, Richmond, VA 23234, and is more particularly described as follows:

> ALL that certain lot, piece or parcel of land, with improvements thereon and appurtenances thereunto belonging, lying and being in Dale District, Chesterfield County, Virginia, designated as Lot 2, Section K, Meadowbrook Farm, on a plat of subdivision made by Shadrach & Neal, Inc., dated March 14, 2003, entitled "Meadowbrook Farm, Section K, Dale District, Chesterfield County, Virginia," a copy of which was recorded in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, on June 20, 2003, in Plat Book 134, page 43 and 44, reference to which is hereby made for a more particular description of the property herein conveyed.

BEING the same real estate conveyed to Marvin Taylor and Michelle Taylor, by deed from Stone River Builders, Inc., as Virginia Corporation  tenants by the entirety with the right of survivorship as at common law, dated May 12, 2005, recorded in the Clerk's Office, Circuit Court, Chesterfield County, Virginia.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

May 8 2017
Date

/s/ Kevin R. Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Notice of Judgment or
Order Entered on Docket  May 9 2017

I ask for this:

/s/ R.A. Hurley
Lindsey C. Kelly, Esquire
Gregory N. Britto, Esquire
Daniel Eisenhauer, Esquire
R.A. Hurley, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Counsel for Movant

   Copies are to be sent to:

Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320

Richard James Oulton
America Law Group, Inc.
8501 Mayland Dr.
Suite 106
Henrico, VA 23294

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

Marvin Clifton Taylor
5701 BARNWOOD DRIVE
Richmond, VA 23234

## CERTIFICATION

 The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ R.A. Hurley_____
Lindsey C. Kelly, Esquire
Gregory N. Britto, Esquire
Daniel Eisenhauer, Esquire
R.A. Hurley, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Attorney for Movant

## CERTIFICATION

 Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ R.A. Hurley_____
Lindsey C. Kelly, Esquire
Gregory N. Britto, Esquire
Daniel Eisenhauer, Esquire
R.A. Hurley, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Attorney for Movant

13-235142